IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY VERNON STEPHENS,<br><br>Defendant. | CR 22–20–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 45.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 981 and 2428.

2. A Preliminary Order of Forfeiture was entered on May 2, 2023. (Doc. 38.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 981 and Fed. R. Crim. P. 32.2(c)(2). (Doc. 39.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981 and 2428.

1

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 45) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. §§ 981 and 2428, free from the claims of any other party:

- TCL, Model A507DL, IMEI #015591002862556.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 23rd day of August, 2023.

_____
Dana L. Christensen, District Judge
United States District Court